

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Alberto Marte et al.*, 19 Cr. 795 (SHS)

Dear Judge Stein:

This case is currently scheduled for a status conference on Wednesday, July 29, 2020 at 4:00 p.m.  The Government respectfully requests—with the consent of counsel for all defendants who have not yet pled guilty—that the conference be adjourned for approximately 90 days, as defense counsel are continuing to review discovery and consider motions that may be filed, and the Government and several defense counsel are continuing to discuss pretrial resolutions.  For the same reasons, the Government also respectfully requests that, in the interests of justice, time between July 29, 2020 and the next conference date be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  Again, all relevant defense counsel have conveyed their consent to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *(signature)*
Frank J. Balsamello / Adam Hobson
Assistant United States Attorneys
(212) 637-2325 / -2484

cc:   All counsel of record (via ECF)

**The conference is adjourned to October 28, 2020, at 2:30 p.m. Time is excluded from calculation under the Speedy Trial Act from today until October 28, 2020.  The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**
**Dated:  New York, New York**
**July 17, 2020**

SO ORDERED

*(signature)*
SIDNEY H. STEIN
U.S.D.J.