

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

October 15, 2020

**BY ECF**

MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alberto Marte et al.*, 19 Cr. 795 (SHS)

Dear Judge Stein:

    This case is currently scheduled for a status conference on Wednesday, October 28, 2020 at 2:30 p.m.  The Government respectfully requests—with the consent of counsel for all defendants who have not yet pled guilty—that the conference be adjourned for approximately 90 days, as defense counsel are continuing to review discovery, consider motions that may be filed, and negotiate potential pretrial resolutions.  For the same reasons, the Government also respectfully requests that, in the interests of justice, time between October 28, 2020 and the next conference date be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  Again, all relevant defense counsel consent to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    */s/ Frank J. Balsamello*
    Frank J. Balsamello / Adam Hobson
    Assistant United States Attorneys
    (212) 637-2325 / -2484

cc:    All counsel of record (via ECF)

    **The conference is adjourned to January 28, 2021, at 2:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until January 28, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. ' 3161(h)(7)(A).**

    Dated:  New York, New York
             October 16, 2020

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.