# THE LAW OFFICES OF SEAN M. MAHER, PLLC

February 10, 2021

<u>**VIA ECF**</u>

Hon. Sidney H. Stein                                      **MEMO ENDORSED**
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     <u>*United States v. Alberto Marte*</u>
         19 Cr. 795 (SHS)

Dear Judge Stein:

On behalf of defendant Mr. Alberto Marte, I respectfully write to request, in light of the continued difficult conditions surrounding the COVID-19 pandemic, that the sentencing hearing currently scheduled for February 25, 2021 be adjourned 60-90 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Adam Hobson that the government consents to the defense's request.

Respectfully submitted,

_____/S/_____
Sean M. Maher
*Counsel for Alberto Marte*

cc:  All counsel via ECF

**The sentencing is adjourned to April 28, 2021, at 11:00 a.m. Defense sentencing submissions are due by April 7, the government's submissions are due by April 14.**

**Dated:  New York, New York
         February 10, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.