# THE LAW OFFICES OF SEAN M. MAHER, PLLC

April 7, 2021

**VIA ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Alberto Marte*
      19 Cr. 795 (SHS)

Dear Judge Stein:

On behalf of defendant Mr. Alberto Marte, I respectfully write to request, in light of the continued difficult conditions surrounding the COVID-19 pandemic, that the sentencing hearing currently scheduled for April 28, 2021 be adjourned 60-90 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Adam Hobson that the government consents to the defense's request.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Alberto Marte*

cc: All counsel via ECF

**The sentencing is adjourned to August 18, 2021, at 11:00 a.m. Defense submissions are due by August 4, the government submissions are due by August 11.**

Dated: New York, New York
       April 8, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 · (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM